RECEIVED
CHARLOTTE, NC

MAR 06 2018

Clerk, US District Court
Western District of NC

PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Stanley Corbett Jr.

Enter above full name of Plaintiff.
One plaintiff permitted per complaint.

**COMPLAINT & JURY TRIAL DEMAND**

Case No. 3:18cv103

v.

Frank Perry, Paula Smith, David Mitchell, Nurse Hopkins, Gregory Haynes, John Doe, Nurse Rushin, Nurse Patch, Nurse Totou, Nurse Vanscotovan & Nurse Boss

Enter above full name of defendant (s)

I.    PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?      Yes (   )  No (✓)

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
1.  Parties to previous lawsuits:
Plaintiffs: _____

_____

Defendants: _____

_____

2.  Court (if federal court, name the district; if state court, name the

county): _____

3.  Docket number: _____

4.  Name of presiding judge: _____

5.  Disposition (for example, was the dismissed? Appealed? Is it still pending?)

_____

6.  Approximate date of case filing: _____

WDNC – Prisoner 1983 Complaint – March 2010

II.    **PREVIOUS IN FORMA PAUPERIS LAWSUITS**

    A.   While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?

        Yes (✓) No ( )

        1.  Name the court and docket number for each:

           U.S. District Court For The Eastern District of North Carolina — I'm not aware of the docket number(s).

    B.   Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?

        Yes (✓) No ( )

        1.  If yes, how many?

           Two

        2.  Name the court and docket number for each action:

           U.S.D.C. For The Eastern District of North Carolina, but I don't remember the case number(s).

III.    **EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES**

    A.   Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?

        Yes (✓) No ( )

    B.   If your answer is Yes:

        1.  When did you file your grievance?

           I filed both of my grievances in 2015.

        2.  What was your grievance?

           See, Exhibit 1

        3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (✓) No ( )

           If yes, when was the decision and what was the result?

           See, Exhibit 1

    C.   If your answer to A is no, identify the claim(s) and explain why not:

WDNC – Prisoner 1983 Complaint – March 2010

_____

_____

_____

_____

IV.   **PARTIES**

A. Plaintiff's Name:

Stanley Corbett, Jr. # 0716025

Address/Place of Confinement: Maury Correctional Inst., P.O. Box 506,

Maury, NC, 28554

B. Defendant(s)

Name of Defendant 1: Frank Perry (sued in individual & official capacity)

Position: Former Secretary of Corrections

Place of Employment: NC Department of Public Safety

Current Address: 831 West Morgan St., Raleigh, NC 27699

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: Paula Smith (sued in individual & official capacity)
Chief Health Director of NCDPS, Division of Adult Corrections
831 West Morgan St.
Raleigh, NC 27699

Defendant 3: David Mitchell (sued in individual & official capacity)
Superintendent at Lanesboro Correctional Inst.
P.O. Box 280            831 West Morgan St.
Polkton, NC 28135  or   Raleigh, NC 27699

Defendant 4: Nurse Hopkins (sued in individual & official capacity)
Nurse Supervisor at Lanesboro Correctional Institution
P.O. Box ___ 280        831 West Morgan St.
Polkton, NC 28135  or   Raleigh, NC 27699

(Continue on separate sheet if necessary.)

WDNC – Prisoner 1983 Complaint – March 2010

Defendant 5: Gregory Haynes (sued in individual & official capacity)
Doctor at Lanesboro Correctional Institution
P.O. Box 280               831 West Morgan St.
Polkton, NC 28135   or   Raleigh, NC 27699

Defendant 6: John Doe (sued in individual & official capacity)
Chief Medical Administrator at Lanesboro C.I.
P.O. Box 280               831 West Morgan St.
Polkton, NC 28135   or   Raleigh, NC 27699

Defendant 7: Nurse Rushin (sued in individual & official capacity)
Nurse at Lanesboro C.I.
P.O. Box 280               831 West Morgan St.
Polkton, NC 28135   or   Raleigh, NC 27699

Defendant 8: Nurse Patch (sued in individual & officially capacity)
Nurse at Lanesboro C.I.
P.O. Box 280               831 West Morgan St.
Polkton, NC 28135   or   Raleigh, NC 27699

Defendant 9: Nurse Totau (sued in individual & official capacity)
Nurse at Lanesboro C.I.
P.O. Box 280               831 West Morgan St.
Polkton, NC 28135   or   Raleigh, NC 27699

**Defendant 10:** Nurse Vanscotovan (sued in individual & official capacity)
Nurse at Lanesboro Correctional Inst.
P.O. Box 280                     831 West Morgan St.
Polkton, NC 28135    or    Raleigh, NC 27699

**Defendant 11:** Nurse Boss (sued in individual & official capacity)
Nurse at Lanesboro Correctional Inst.
P.O. Box 280                     831 West Morgan St.
Polkton, NC 28135    or    Raleigh, NC 27699


At all relevant times, the Defendants in this complaint have acted and will continue to act under color of state law.


## V. FACTS

### Hives and Your Skin

1.) Urticaria also known as hives, is an outbreak of swollen, pale red bumps or plaques (wheals) on the skin that appear suddenly -- either as a result of the body's reaction to certain allergens, or for unknown reasons.

2.) Hives usually cause itching, but may also burn or sting.

Plus, they can be very painful. They can appear anywhere on the body, including the face, lips, tongue, throat, or ears. Hives vary in size (from a pencil eraser to a dinner plate), and may join together to form larger areas known as plaques. They can last for hours, or up to one day before fading.

3.) Angioedema is similar to hives, but the swelling occurs beneath the skin instead of on the surface. Angioedema is characterized by deep swelling around the eyes and lips and sometimes genitals, hands, and feet. It generally last longer than hives, but the swelling usually goes away in less than 24 hours.

4.) Rarely, angioedema of the throat, tongue, or lungs can ▪block the airways, causing difficulty breathing. This may become life threatening.

<u>The Causes of Hives and Angioedema</u>

5.) Allergic hives and angioedema form when, in response to histamine, blood plasma leaks out of small blood ▪vessels in the skin. Histamine is a chemical released from specialized cells along the skin's blood vessels.

6.) Allergic reactions, chemicals in certain foods, insect stings, sunlight exposure, or medications can all cause histamine release. It's often impossible to find out exactly why hives have formed.

7.) There are several different types of hives, including:

Acute urticaria: Hives lasting less than six weeks. The most common causes are certain foods, medications, or infections. Insect bites and internal disease may also be responsible.

The most common foods that cause hives are nuts, chocolate, fish, tomatoes, eggs, fresh berries, and milk. Fresh foods cause hives more often than cooked foods. Certain food additives and preservatives may also be to blame.

Drugs that can cause hives and angioedema include aspirin and other anti-inflammatory medications such ibuprofen, high blood pressure drugs (ACE inhibitors), or painkillers such as codeine.

Chronic urticaria and angioedema: Hives lasting more than six weeks. The cause of this type of hives is

usually more difficult to identify than those causing acute urticaria. For most people with chronic urticaria, the cause is impossible to determine. In some cases, though, the cause may be thyroid disease, hepatitis, infection, or cancer.

Chronic urticaria and angioedema can affect other internal organs such as the lungs, muscles, and gastrointestinal tract.

Physical urticaria: Hives caused by direct physical stimulation of the skin -- for example, cold, heat, sun exposure, vibration, pressure, sweating, and exercise. The hives usually occur right where the skin was stimulated and rarely appear elsewhere. Most of the hives appear within one hour after exposure.

Dermatographism: This is a common form of physical urticaria where hives form after firmly stroking or scratching the skin. These hives can also occur along with other forms of urticaric. (See, http://www.webmd.com/skin-problems-and-treatments/guides/hives-urticaria-angioedema #1)

8.) By not providing necessary medical care, Defendants thr-

eatened Plaintiff Corbett's life and caused irreparable harm stemming from his chronic urticaria (and associated angioedema). Plaintiff Corbett has suffered grave and irreparable harm.

<u>Standard of Care for Hives</u>

9.) Since there are no specific test for hives -- or the associated swelling of angioedema -- testing will depend on a patient's medical history and a thorough exam by their primary care doctor or dermatologist.

10.) Skin tests should be performed to determine the substance to which a patient is allergic. Routine blood tests should also be done to determine if a system-wide illness is present.

11.) The best treatment for hives and angioedema is to identify and remove the trigger. Antihistamines are usually prescribed by a doctor to provide relief from symptoms. Antihistamines work best if taken on a regular schedule to prevent hives from forming in the first place.

12.) Chronic hives may be treated with antihistamines or a combination of medications. When antihistamines don't provide relief, oral corticosteroids may be prescribed. A biologic drug, omalizumab (Xolair), is also approved to treat chronic hives in those at least 12 years of age. There are several other antihistamines approved to treat chronic hives, such as Diphenhydramine (Benadryl), Hydrocortisone 1% cream, Cyproheptadine, Prednisone, etc.

13.) For severe hive or angioedema outbreaks, an injection of epinephrine (adrenaline) or a cortisone medication may be needed. (see, http:// www. webmd. com/skin-problems— and treatments/guides/ hives-urticaria— angioedema #1)

<u>North Carolina Department of Public Safety, Division of Adult Corrections Medical Policy & Procedures</u>

14.) Defendants have not implemented treatment policies and procedures, nor provided medical treatment for Chronic Urticaria (hives) consistent with current medical and community standards and specifically have not authorized treatment with an effective sick call system, **nor a**

sufficient system for following outside medical pro-
fessionals recommendations as well as scheduling out-
side medical appointments in a timely manner.

15.) Contrary to the proper and necessary medical
procedures and the community standard of care,
Defendants have denied and/or delayed requests
by Plaintiff Corbett for the appropriate and medically
necessary treatment for his Chronic Urticaria (hives).

16.) The Defendants denial and/or delay of appropriate
and necessary medical treatment is unconstitutional
and otherwise in violation of the 8th & 14th Amendment
of the United States Constitution and Article I-Sec.27,
of North Carolina Constitution.

## Plaintiff Corbett

17.) Plaintiff, Stanley Corbett, Jr. ("Plaintiff Corbett"), has
been incarcerated since 2003, and is currently housed
at Maury Correctional Institution.

18.) In March of 2015, Plaintiff Corbett broke out with

hives while incarcerated at Warren Correctional Institution. On or about April 19th, 2015, Plaintiff Corbett moved to Lanesboro Correctional Institution.

19.) From April of 2015 to May 12th, 2016, Plaintiff Corbett alleges that his 8th & 14th Amendment Rights of the United States Constitution were violated as well as Article I, Sec. 27, of North Carolina Constitution.

20.) Plaintiff Corbett alleges multiple claims herein.

### Failure To Follow Outside Medical Recommendations and Delay of Medical Treatment, Resulting To Deliberate Indifference & Cruel and Unusual Punishment

21.) The allegations stated in paragraphs 1-20 above are restated and incorporated herein by reference.

22.) On April 10th, 2015, Plaintiff Corbett went to see the Dermatologist at UNC (University of North Carolina).

23.) The Dermatologist recommended several medications for Plaintiff Corbett's condition.

24.) The Dermatologist also recommended Plaintiff Corbett receive a follow-up examination in 5 weeks, if the medications recommended didn't help him.

25.) On or about April 19th, 2015, Plaintiff Corbett submitted a sick-call concerning the hives on his body. Plaintiff Corbett's legs & arms were swollen, and he experienced severe pain & itching.

26.) Also, on April 19th 2015, Plaintiff Corbett declared a medical emergency concerning the above medical issues.

27.) On April 23rd, 2015, Plaintiff Corbett wrote Paula Smith (Defendant Smith) concerning his medical issues. (see, Exhibit 1)

28.) On or about April 29th, 2015, Plaintiff Corbett was moved from segregation to main medical for observation, due to him being on a hunger strike. Which was a protest for him to receive medical treatment.

29.) On May 3rd 2015, Plaintiff Corbett submitted a grievance about him not receiving the medications recommended by the dermatologist at UNC. (see, Exhibit 2)

30.) On or about May 15th, 2015, Plaintiff Corbett seen a

doctor concerning the hives. The doctor prescribed him Benadryl & another medication.

31.) On May 21st, 2015, Plaintiff Corbett received one of the medications recommended by the Dermatologist at UNC. Defendant Haynes prescribed this medication one time a day, but the Dermatologist recommended that Plaintiff Corbett receive it twice a day.

32.) Plaintiff Corbett alleges that he received this medication approximately 5 weeks after he seen the Dermatologist at UNC, which defeated the purpose of him seeing the Dermatologist as well as the Dermatologist's recommendations.

33.) Plaintiff Corbett did not see the Dermatologist after 5 weeks of continuous outbreaks of hives; Plus, he did not receive the proper medications recommended by the Dermatologist.

34.) On June 24th, 2015, Plaintiff Corbett went to Charlotte Dermatology. This was over two months after he saw the Dermatologist at UNC. The Dermatologist at UNC recommended a follow-up examination after 5 weeks, if he continued to break-out with hives.

35.) From April 19th, 2015 to June 24th, 2015, Plaintiff Corbett submitted sick-calls & sent letters to prison officials (Defendants Perry, Smith, & Mitchell) concerning his medical issues. He also submitted a grievance; yet, medical treatment was denied and/or delayed. (see, Exhibits 1, 2, 3, 4, #5)

36.) On information and belief, when a prisoner files a grievance, the grievance staff addresses the matter to the individual(s) responsible for the matter that the grievance concerns.

37.) Defendants Mitchell, John Doe, Haynes, & Hopkins are responsible for medical care, and for arranging specialized medical care outside of the prison.

38.) Defendants Perry & Smith are responsible for medical care concerning all prisoners within NCDPS, Division of Adult Corrections.

## Delay of Medical Treatment Resulting to Deliberate Indifference, Amounting to Cruel & Unusual Punishment

39.) The allegations stated in paragraphs 1-38 above are restated and incorporated herein by reference.

40.) On June 24th, 2015, the Dermatologist at Charlotte Dermatology recommended medication for Plaintiff Corbett. He also recommended that Plaintiff Corbett see an Allergy Clinic.

41.) From June 24th, 2015 to March 4th, 2016, Plaintiff Corbett submitted numerous **sick-call** requests concerning the above medical condition, but they were ignored, delayed, or made to appear as if Plaintiff Corbett seen medical staff, or refused sick-call appointments. (see, Exhibit 6, 7, 8, & 9)

42.) From June 24th, 2015 to March 4th, 2016, **Plaintiff Corbett** declared numerous medical emergencies, concerning the above medical condition, and requested to see the Allergy Clinic numerous times. In the process of the above dates (& before them), Plaintiff Corbett's medication for hives were constantly denied &/or delayed by medical staff at Lanesboro Correctional **Institution**. Which is fully expressed later in this complaint.

43.) Plaintiff Corbett submitted a grievance (#4865-

2015-NPODD-01175) concerning this issue.

44.) The delay of Plaintiff Corbett's medical treatment lead to pain, itching, bleeding, swelling, & suffering and mental and emotional distress.

45.) Defendants Mitchell, John Doe, Haynes, & Hopkins are responsible for arranging specialized medical care outside of Lanesboro Correctional Institution.

46.) Defendants Perry & Smith are responsible for medical care for inmates throughout the prison system in North Carolina.

47.) Plaintiff Corbett alleges that it took over 8 months for medical staff at Lanesboro Correctional Institution to schedule an appointment for him to see the Allergy Clinic. On June 24th, 2015, the dermatologist at Charlotte Dermatology recommended for Plaintiff Corbett to see the Allergy Clinic. Plaintiff Corbett didn't see the Allergy Clinic until March 4th, 2016.

Denial & Delay of Medical Treatment, Interferring With Prescribed Medication, and Deliberate Indifference, Amounting To Cruel & Unusual Punishment

48.) The allegations stated in paragraphs 1-47 above are restated and incorporated herein by reference.

49.) Plaintiff Corbett alleges, from April 19th, 2015 to March 30th, 2016, he submitted numerous sick-call requests, declared multiple medical emergencies, wrote prison officials, submitted grievances, & performed multiple hunger strikes, in an attempt to get adequate medical treatment.

50.) On or about April 19th, 2015, Plaintiff Corbett declared a medical emergency concerning the outbreak of hives. (at Lanesboro Correctional Institution)

51.) On April 29th, 2015, Plaintiff Corbett moved from segregation to main medical for observation, due to him being on a hunger strike, which was a protest for him to get adequate medical treatment.

52.) On May 3rd, 2015, Plaintiff Corbett submitted a grievance about his sick-calls not getting addressed. Plaintiff Corbett alleges that his feet & legs had been going numb from the hives/swelling, and that he began to bleed when he stratched the hives.

53.) On May 7th, 2015, Plaintiff Corbett wrote Defendant Mitchell about the issues concerning his sick-calls & gri-

evances not getting processed. Plaintiff Corbett al-
so attached the above grievance (#4865-15-0850) to
the letter. (see, Exhibits 2 & 3)

54.) On or about May 11th, 2015, Plaintiff Corbett submitted
a sick-call request about the hives on his body, which ca-
used him to experience severe pain & itching.

55.) On May 11th, 2015, Plaintiff Corbett declared a medical
emergency, due to his legs & arms swelling and the pain &
itching caused by the hives. Defendant Vanscotovan de-
nied plaintiff's request for medical emergency.

56.) On or about May 15th, 2015, Plaintiff Corbett seen a do-
ctor concerning his medical issues. The doctor prescribed
Benadryl & another medication.

57.) On May 21st, 2015, Plaintiff Corbett received one of
the medications recommended by the dermatologist at UNC.
Defendant Haynes prescribed this medication for once
each day, but it was recommended twice a day by the de-
rmatologist at UNC.

58.) On May 22ND, 2015, Defendant Totou denied Plaintiff
Corbett's medication for hives during the morning hours. She

told Plaintiff Corbett that he didn't get any medication for hives.

59.) On May 23rd, 2015, Plaintiff Corbett received Tretinoin Cream & Clindamycin for bumps/acne.

60.) On May 27th, 2015, Defendant Totou denied Plaintiff Corbett's medication for hives, again. At approximately 8:15 a.m., she told Plaintiff Corbett that he didn't have any medication for hives.

61.) On May 31st, 2015, Plaintiff Corbett submitted a sick-call request about hives, itching, pain, bleeding, & numbness of his body.

62.) On June 1st, 2015, Plaintiff Corbett submitted a sick-call request, and sent a copy of it to Defendants Smith & Mitchell. (see, Exhibit 4)

63.) On June 6th, 2015, Plaintiff Corbett submitted a sick-call request and sent a copy of it to Defendants Smith & Mitchell.

64.) On June 7th, 2015, Plaintiff Corbett declared a medical emergency, due to hives all over his body & the pain and itch-

ing they caused him. Defendant Vanscotovan gave Plaintiff Corbett Benadryl & Calamine lotion. Defendant Vanscotovan is the same nurse who denied Plaintiff's request for medical emergency on May 11th, 2015; Although, both medical emergency requests (on 5-11-15 & 6-7-15) pertained the same medical concern.

65.) On June 11th, 2015, Nurse- Bradley denied Plaintiff Corbett's noon medication. She told plaintiff that he didn't have any noon medication.

66.) On June 11th, 2015, Defendant Rushin denied Plaintiff Corbett's evening & night-time medications for hives. Defendant Rushin told plaintiff that he didn't get any medications for hives on both occasions.

67.) On June 12th, 2015, Defendant Patch denied Plaintiff Corbett's evening & night-time medications, in which she claimed that Plaintiff Corbett didn't have any medication for hives.

68.) On July 1st, 2015, Defendant Patch denied Plaintiff Corbett's night-time medication. She told plaintiff that he didn't have any medication.

69.) On or about July 14th, 2015, Defendant Vanscotovan denied Plaintiff Corbett's sick-call, & said that plaintiff refused his appointment.

70.) On August 3rd, 2015, Defendant Haynes prescribed Periactin for plaintiff's hives.

71.) On August 16th, 2015, Plaintiff Corbett declared a medical emergency. Afterwards, Nurse Hill gave plaintiff Benadryl & some cream for hives.

72.) On August 18th, 2015, Plaintiff Corbett's blood was drawn for an allergy test. Plaintiff alleges that he requested this test for months, but medical staff delayed the test. The test results showed that plaintiff is allergic to peanuts & milk. Plaintiff states that Defendant Haynes delayed this allergy test, which contributed to the continuous outbreaks of hives.

73.) On September 1st, 2015, Plaintiff Corbett submitted a sick-call request concerning hives all over his body. Plaintiff also requested to see the Allergy Clinic. (see, Exhibit 6)

74.) On September 5th, 2015, Plaintiff Corbett declared a medical emergency, due to the hives on his legs. Nurse Ratcliff gave Plaintiff Benadryl.

75.) On September 7th, 2015, Plaintiff Corbett seen Defendant Haynes concerning the hives on his thigh & arms. Plaintiff Corbett requested to be scheduled to see the Allergy Clinic (specialist).

76.) On September 8th, 2015, Plaintiff Corbett declared a medical emergency concerning the hives on his body. Nurse Crump gave plaintiff a tube of hydrocerin cream.

77.) On September 24th, 2015, Plaintiff Corbett submitted another sick-call request, concerning hives on his arms & legs, and his right leg/knee being swollen.

78.) On September 24th, 2015, Plaintiff Corbett declared a medical emergency, concerning hives on his body, & the fact that his right leg/knee was swollen. Nurse Perkins gave Plaintiff Corbett Benadryl.

79.) On September 28th, 2015, Plaintiff Corbett seen Defendant Haynes, in which plaintiff requested to be scheduled to see the Allergy Clinic.

80.) On October 21st, 2015, Plaintiff Corbett broke out with hives all over his body. Plaintiff declared a medical emergency. Defendant Boss denied his request.

81.) On October 22ND, 2015, Plaintiff Corbett continued to break-out with hives all over his body. He declared another medical █ emergency. Defendant Boss denied plaintiff's request, again.

82.) On or about November 9th, 2015, Plaintiff Corbett seen Dr. Southerland about the hives on his body. She prescribed Plaintiff medication, but it wasn't ordered until approximately two months later. (see, paragraph 88)

83.) On November 18th, 2015, Defendant Boss denied Plaintiff Corbett's evening & night-time medications for hives. She claimed that Plaintiff didn't have any medication.

84.) On November 20th, 2015, Plaintiff Corbett submitted a sick-call request concerning his continuous outbreaks of hives; Plus, he requested to receive the medication(s) that Dr. Southerland prescribed him for hives, and to see the Allergy Clinic.

85.) On December 2ND, 2015, Plaintiff Corbett declared a medical emergency concerning the hives on his arms, legs, hands, etc. Plaintiff also complained about his right hand & wrist being swollen. Nurse Wilkinson gave plaintiff Benadryl.

86.) On December 27th, 2015, Plaintiff Corbett submitted a sick-

call request concerning the hives on the top & back of his head. Plaintiff also requested to see the Allergy Clinic. (see, Exhibit 8)

87.) On December 28th, 2015, Plaintiff Corbett declared a medical emergency concerning the hives on the back of his head, and the pain & itching they caused him. Nurse Morgan gave plaintiff Benadryl.

88.) On January 1st, 2016, Plaintiff Corbett seen Dr. Southerland concerning the hives. She prescribed plaintiff steroids, Benadryl, & something else. Dr. Southerland told plaintiff that she prescribed him medication in November of 2015. She looked on the computer & seen that the medication(s) she prescribed plaintiff was never ordered.

89.) On January 1st, 2016, Plaintiff Corbett spoke to Mr. Beaver (assistant superintendent at Lanesboro Correctional Inst.) concerning grievance # 4865-2015-NPODD-01175. This grievance also pertained to inadequate medical treatment. Plaintiff Corbett alleges, upon information and belief "Mr. Beaver" told him that medical staff at Lanesboro Correctional Institution were backlogged 500 sick-call requests! Plaintiff also alleges that Mr. Beaver told him that medical staff from other geographical areas came to Lanesboro Correctional Inst. to help medical staff, in

which plaintiff acknowledged some of these people as well as talked to a few of them.

90.) On January 13th, 2016, Plaintiff Corbett finally went to a sick-call appointment.

91.) On January 13th, 2016, Defendant Totou denied plaintiff's morning (Benadryl) & noon medications.

92.) On February 24th, 2016, Plaintiff Corbett submitted a sick-call request concerning the hives all over his body. He also requested to see the Specialist (aka Allergy Clinic). (see, Exhibit 9)

93.) On March 4th, 2016, Plaintiff Corbett finally went to see the Allergy Clinic, in Monroe, North Carolina. The doctor (Dr. Collins) at the Allergy Clinic prescribed plaintiff several medications for hives. Plaintiff Corbett transferred to Alexander Correctional Inst. on or about March 30th, 2016. Plaintiff Corbett alleges that he did not receive the medications prescribed by Doctor Collins until May 12th, 2016.

94.) Upon information and belief, in January of 2016, medical staff at Lanesboro Correctional Inst. were backlogged 500 sick-call requests for medical treatment. Medical staff from other geographical areas had to aid medical staff at Lanesboro Correctional

Institution.

95.) On information and belief, a lot of sick-call requests were unanswered, thrown away, or made to appear as if plaintiff (& other inmates) had refused sick-call appointments, or went to sick-call appointments— but never seen medical staff for these appointments! At the same time, Plaintiff Corbett (& other inmates) outside medical recommendations & appointments were delayed, denied, or ignored.

96.) Plaintiff Corbett submitted more than a dozen sick-call requests, while in segregation (Anson Unit) at Lanesboro Correctional Institution. Plaintiff alleges that only one or two of these sick-call requests were processed according to NCDPS Medical/Health Policy & Procedure (From April 19th, 2015 to March 30th, 2016).

97.) Plaintiff Corbett alleges that he had to declare multiple ▬ hunger strikes & medical emergencies just to see medical staff for the above medical concerns. Plaintiff alleges that almost everytime that he seen a doctor at Lanesboro Correctional Inst. he was on a hunger strike, which was his bargaining chip to see a doctor &/or medical because plaintiff's sick-call requests were being denied.

98.) Plaintiff Corbett alleges that his injuries are severe pain, itching, bleeding, swelling, suffering, anxiety, & annoyance

as well as mental & emotional distress.

99.) Plaintiff Corbett alleges that his injuries are the result of Defendants Perry, Smith, & Mitchell not properly training their staff, nor taking action towards plaintiff's serious medical needs, while having first-hand knowledge of plaintiff's medical condition.

100.) Plaintiff Corbett alleges that his injuries are the result of Defendants Mitchell, John Doe, & Nurse Hopkins not properly training their staff, nor taking action towards plaintiff's serious medical needs, while at the same time delaying plaintiff from seeing the Allergy Clinic, which was recommended by the Charlotte Dermatologist, and having first-hand knowledge of plaintiff's medical condition. Prior to this, they delayed plaintiff's medications/medical treatment, knowingly.

101.) Plaintiff Corbett alleges that his injuries are the result of Defendant Haynes failing to follow the Dermatologist's recommendations from UNC, & the Dermatologist's recommendations from Charlotte Dermatology.

102.) Plaintiff Corbett alleges that his injuries are the result of Defendants Hopkins, Vanscolovan, Totou, Patch,

Rushin, Boss, & John Doe denying/ignoring his sick-call requests & grievances, denying him medical emergencies, & denying his prescribed medications.

103.) Plaintiff Corbett alleges that on or about May 12th, 2017, he received an article in the mail from Charlotte Library, concerning "Chronic Urticaria (Hives) & Angioedema," which is were plaintiff learned about them. Defendants John Doe, Haynes, & Hopkins never informed plaintiff that consistent swelling beneath his skin was "Angioedema," nor that "Chronic Urticaria (Hives)" and "Angioedema" could affect his lungs, muscles, & gastrointestinal tract. (see, http://www.webmd.com/skin-problems-and-treatments/guides/hives-urticaria-angioedema) Plaintiff Corbett alleges that this failure to inform him of "Angioedema" is also a result of his injuries.

# VI.       CLAIMS FOR RELIEF

104.) The failure of Defendants Perry, Mitchell, Smith, John Doe, & Dr. Haynes, to provide Plaintiff Corbett recommended medication(s) by the Dermatologist at UNC, as well as follow-up examination and treatment of his Chronic Urticaria (Hives), constitutes deliberate indifference (due to delay of medical care) to Plaintiff Corbett's serious medical needs in violation of the Eighth & Fourteenth Amendments to the U.S. Constitution and Article I, Sec. 27, of N.C. Constitution.

105.) The Defendants Mitchell, John Doe, Dr. Haynes, & Hopkins failure to schedule a timely appointment for Plaintiff Corbett to see the Allergy Clinic (aka specialist), constitutes deliberate indifference (due to delay of medical care) to the serious medical needs of Plaintiff Corbett, thereby establishing a violation of the Eighth & Fourteenth Amendments of the U.S. Constitution and Article I, Sec. 27, of N.C. Constitution.

106.) The failure of Defendants Perry, Smith, Mitchell, John Doe, Vanscotovan, & Hopkins, to establish an effective sick-call system, a sufficient system for following outside medical professionals recommendations, & for failing to sched-

ule outside medical appointments in a timely manner, constitutes deliberate indifference (due to delay/denial of medical care) to Plaintiff Corbett's serious medical needs in violation of the Eighth & Fourteenth Amendments to the U.S. Constitution and Article I, Sec. 27, of N.C. Constitution.

107.) The Defendants Vanscotovan & Boss's failure to provide adequate medical care to Plaintiff Corbett, by denying his requests for medical emergencies concerning his Chronic Urticaria (Hives), constitutes deliberate indifference to the serious medical needs of Plaintiff Corbett, thereby establishing a violation of the Eighth & Fourteenth Amendments to the U.S. Constitution and Article I, Sec. 27, of N.C. Constitution.

108.) The actions of Defendants Totou, Patch, Rushin, & Boss, in failing to provide Plaintiff Corbett's prescribed medication(s), constitutes a deliberate indifference to the serious medical needs of his Chronic Urticaria (Hives), thereby establishing a violation of the Eighth and Fourteenth Amendments to the U.S. Constitution & Article I, Sec. 27, of N.C. Constitution.

109.) The failure of Defendants Mitchell, John Doe, & Hop-

Kins, to provide medication(s), prescribed to Plaintiff Corbett for Chronic Urticaria (Hives) by Dr. Southerland, on or about November 9th, 2015, constitutes deliberate indifference to Plaintiff Corbett's serious medical needs in violation of the Eighth & Fourteenth Amendments to the U.S. Constitution and Article I, Sec. 27, of N.C. Constitution.

110.) The failure of Defendants John Doe, Dr. Haynes, & Hopkins, to inform Plaintiff Corbett of Angioedema, which is associated with "Hives," constitutes deliberate indifference to Plaintiff Corbett's serious medical needs in violation of the Eighth & Fourteenth Amendments to the U.S. Constitution & Article I, Sec. 27, of N.C. Constitution.

111.) The failure of Defendants Perry, Smith, Mitchell, John Doe, & Hopkins to properly train medical staff that they oversee, constitutes negligence in violation of N.C. Tort Claims Act.

112.) Defendants Mitchell, John Doe, Dr. Haynes, Hopkins, Vanscotovan, Totou, Patch, Rushin, & Boss, all agreed on a course of illegal conduct, in which they knew were in violation of Plaintiff Corbett's Constitutionally protected

rights, thereby establishing a violation of 42 U.S.C § 1985.

113.) All named Defendants mentioned herein, at all relevant times, acted and will continue to act under color of state law.

# VII.    RELIEF REQUESTED

WHEREFORE, Plaintiff Corbett, respectfully requests the following relief:

A.) For a Declaratory Judgment that Defendants mentioned herein violated the Eighth & Fourteenth Amendments to the United States Constitution and Article I, Sec. 27 of North Carolina Constitution as well as N.C. Tort Claims Act and 42 U.S.C. § 1985.

B.) For an Injunctive Relief ordering that Defendants Perry, Smith, & Mitchell, (a) formulate and implement a Chronic Urticaria (Hives) and Angioedema treatment policy that meets the community standards of care for patients with Chronic Urticaria and associated Angioedema, and (b) that a new sick-call policy and procedure be created and enforced as well as policies and procedures concerning outside medical appointments and properly documenting sick-call requests & medications.

C.) Compensatory damages in the amount of $25,000 against each Defendant, jointly and severally;

D.) Punitive damages in the amount of $10,000 against each defendant;

E.) Plaintiff Corbett's cost in this suit;

F.) Any other relief the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial as to all issues triable by jury.

Respectfully submitted,

2-28-18
Date

Stanley Corbett, Jr.

Stanley Corbett, Jr.
# 0716025
M.C.I.
P.O. Box 506
Maury, NC 28554

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. Executed at Maury Correctional Institution in Maury, North Carolina.

2-28-18
Date

Stanley Corlett, Jr.
Signature

Exhibit 1

page 37 of 49

4-23-15

Dear Mrs. Paula Smith,

How are you? I hope fine. For approximately four weeks, I've been breaking out with hives & rashes all over my body. They're causing my arms, legs, etc., to swell. It's very painful, and it's causing me to itch, everywhere. I went to UNC Hospital, on April 10th, 2015, concerning this matter. The Dermatologist(s) recommended and/or prescribed me several medications for this problem, & told me that they would see me in five weeks, if it doesn't clear up. Well, I haven't received my medications, yet! Plus, I'm still breaking out all over my body, in which is causing me to experience pain & itching.

In December of 2014, I had a second MRI on my left shoulder. A few weeks later, I went to see an orthopedic in Oxford, NC. I found out that I had a parshall tare in my left. In which the orthopedic recommended pain medication, physical therapy, & he gave me a steroid shot. Afterwards, I went to physical therapy one time, & that was it! Shortly, after that, I went to see the orthopedic at UNC Hospital. He gave me another steroid shot, which was on the 13th of February of 2015. He also recommended physical therapy, in which I still haven't went to see the physical therapist, yet. I'm still having pain in my left shoulder, in which I haven't received any pain medication in months. I would highly appreciate it if you would ensure that I receive appropriate medical treatment! Thank you & may God bless you!!"

Sincerely,

P.S. I hope to hear from you soon

cc: Stanley E. Corbett, Jr. #0716025

Stanley Corbett, Jr.
#0716025

Case 1:19-cv-00101-WO-JLW   Document 63   Filed 03/06/18   Page 37 of 49

DC-410 (Rev. 7/13)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: Stanley Corbett, Jr.     2. Inmate No: #0716025

3. Location: Lanesboro     4. Date: 5-3-15

5. Grievance Statement: Since March 29th 2015, I've been breaking out with hives & rashes all over my body. They're causing my arms, legs, etc., to swell. They're very painful, & is causing me to itch everywhere. I went to UNC Hospital on April 10th 2015, concerning this matter (& for acne). The dermatologist(s) recommended (prescribed) me several medications for my skin, & told me they would see me in 5 weeks, if my skin doesn't clear up. I haven't received any of the medications recommended by the dermatologist, & I'm still breaking out with hives, rashes, & bumps. I've also wrote sick-calls about this, & there not getting addressed. These hives are causing my legs & feet to go numb, & they bleed when I stratch them.

At approximately 1:00pm until about 7:30pm, on April 29th 2015 I was housed in H4 at main medical (due to hunger strike). I'm requesting video footage to be review in order to actually see the hives on my arms.

6. What remedy would resolve your grievance? That I receive the medications recommended by the dermatologist; that new medical staff (sick-call nurses & a doctor) are hired; that I receive a skin test; & that medical staff responsible for this delay (of medical treatment) be disciplined.

7. Inmate Signature: Stanley Corbett, Jr.

---
### OFFICIAL USE

8. Date received: 5/11/15     9. C. Henry
                                        Receiving Officer Signature

10. [ ]  This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: ___/___/___     12. _____
                                        Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

| | |
|---|---|
| A. State or Federal Court decision | B. Parole Commission decision |
| D. Action not yet taken | E. Exceeds 90 day time limit |
| G. More than one incident | H. ARP procedures not followed |
| J. Beyond control of DPS | |

C. Appeals disciplinary action
F. Remedy for another inmate
I. Violates Disciplinary C2

> If grievance is rejected, #13, #14, #15, and #16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

15. Date rejected: ___/___/___     16. _____
                                        Screening Officer Signature

17. Date accepted: 5/7/15     18. E. Evans
                                        Screening Officer Signature

**19. Grievance No.**
H3(5)-15-0250

Item #13, 15, or 17 completed within 5 calendar days of Item #3.
Distribution: White to point of final disposition; Blue for Unit record; Green to inmate.

DC-410A (7/13)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

## Step One - Facility Response

20. Grievance No.: 4865-15-0850

21. Inmate Name: Stanley Corbett, Jr.

22. Inmate No.: 0716025

23. Grievance Response (Item #25 to be completed within 15 calendar days of date in item #17):

In reviewing your medical records, I see where you were seen by Dr. Haynes and he has ordered medications for itch and rashes. He also has ordered blood to be drawn to better understand the cause of your problems. You have received accessible, appropriate healthcare consistent with applicable community standards. No further action required.

24. Date: 5/21/15

25. _S Allen RN / cr_
Facility Head/Designee Signature

26. (A) ____ Agree with grievance response

(B) ✔ Appeal to Step Two (24-hour limit)

27. Date: 5-22-15

28. _Stanley Corbett Jr_
Inmate Signature

## Step Two - Area/Complex/Facility Response

29. Step two response (Item #31 to be completed within 20 calendar days of date in item #27):

This is in response to grievance filed at Lanesboro CI. Mr. Corbett you have been seen multiple times by our nursing staff and medical provider for rashes, hives, and shoulder pain. Each time you were assessed and treated appropriately. Your chart was reviewed on 6/24/15 by Dr. Haynes, then saw Dr. Searles on 7/22/2015, then saw Dr. Haynes for what appears to be the same complaint, declared an emergency on 8/15/2015, and then followed up by Dr. Haynes on chart review where he ordered lab work to be drawn to determine any allergies. Mr. Corbett you have refused healthcare on several occasions when it may have been beneficial to determine the cause. Mr. Corbett you have received the medications that the dermatologist prescribed for you. Mr. Stanley Corbett has received accessible, appropriate healthcare consistent with applicable community standards. No further action required.

30. Date: 8/21/15

31. _R Dve R, NST II_
Facility Head Signature

32. (A) ____ Agree with grievance response

(B) ✔ Appeal to Secretary, DPS (24-hour limit)

33. Date: 8-22-15

34. _Stanley Corbett Jr_
Inmate Signature

DISTRIBUTION: White to point of final disposition; Blue for Unit Record; Green to Inmate

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF ADULT CORRECTION

STATE OF NORTH CAROLINA

PAT McCRORY
GOVERNOR

FINESSE G. COUCH
EXECUTIVE DIRECTOR

INMATE GRIEVANCE RESOLUTION BOARD
MSC 4207, Raleigh, NC 27699-4207

MEMBERS
JAMES D. FOSTER, ESQ.
MAE B. McLENDON, MSW
MATTHEW ROUSE, JR., D.H.L.

## Administrative Remedy Procedure

**Step Three**

| | | | |
|---|---|---|---|
| **35. Inmate Name** | Corbett, Stanley | **36. GRB Grievance No.:** | 2464 |
| AKA: | | | |
| **37. Inmate #** | 0716025 | **38. Unit Grievance No.** | 4865150850 |
| **39. Location:** Lanesboro CI | 4865 | **40. Date Received:** | 9/9/2015 |

**41. GRIEVANCE EXAMINER: Findings and Disposition Order**

Stanley Corbett filed this grievance on 05/03/15 at Lanesboro Correctional Institution. He stated that he was treated unfair and received improper medical care for a rash all over his body. He wants the medication recommended by the dermatology.

This examiner has carefully reviewed the grievance and the response given by staff in the DC-410A response. From this review, it appears that staff has adequately addressed this inmate's grievance concerns. I adopt the facts found by the staff investigator.

On this record, it appears that proper action has been taken by staff to resolve this inmate's grievance concerns. Therefore, this grievance is considered resolved by DPS staff.

42. Date: _9.16.15_          43. _[signature]_
                                    *Inmate Grievance Examiner*

DISTRIBUTION: Original (DC-410B) to location of final action.

cc: [   ] Unit Superintendent

Exhibit 3

5-7-15

Hey,

How are you? I hope fine. I'm sending you this grievance, because my sick-calls are not getting addressed, in which I have serious medical issues. My grievances concerning these matters are not getting processed either. Hopefully, you can stop this misconduct, because I have a constitutional right to adequate medical treatment.

Sincerely,

P.S. I hope to hear from you soon.

Stanley Corbett, Jr.

CC: David Mitchell, Lanesboro Correctional Inst. (Superintendent)
Secretary of Corrections
Stanley E. Corbett, Jr. #0716025

Exhibit 4

6-1-15

Dear Mr. Mitchell,

 I'm ~~sending~~ ████ you this sick-call to ensure that it gets processed, & that I'm seen by medical. I've written several sick-calls, but medical staff aren't seeing me for them. This is why I'm sending it to you. I have serious medical issues that aren't getting properly addressed.

Sincerely,

Stanley Corbett Jr.
#0716025

P.S. I hope to hear from you soon.

CC: Stanley Corbett, Jr. #0716025

Exhibit 4  page 43 of 49

6-1-15

Dear Mrs. Smith,

I'm sending you this sick-call for you to ensure that it gets processed, & that I'm seen by medical. I've written several sick-calls at this facility, & none of them have been addressed. This is why I'm sending ▓ this sick-call to you. I have serious medical issues that aren't getting properly addressed.

Sincerely,

P.S. I hope to hear from you soon.

Stanley Corbett, Jr.
#0716025

CC: Stanley Corbett, Jr. #0716025

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### SICK CALL APPOINTMENT REQUEST

Stanley Corbett, Jr.    #0716025    Anson Unit    6-1-15
Inmate Name (please print)    Inmate Number    Dormitory NA2    Duty Assignment    Date

Complete this form and put it in the locked sick call box. The form will be picked up by medical staff and your appointment will be posted as outlined in the medical orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will not be rescheduled. You will have to submit another request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.**

WRITE YOUR MEDICAL REQUESTS IN THIS SPACE (Be specific) I'm still having pain in my left shoulder, in which I need some medication to help the situation & I'm requesting for my physical therapy because I haven't been receiving it. I'm still breaking out with hives all over my body, they are painful & itch, and bleed when I scratch them. I'm requesting medication to help my condition & I want to see the dermatologist.

I understand that in accordance with NC Division of Adult Corrections Co-Payment Policy, I will be charged a co-payment for applicable health care appointments. This request authorizes disbursement from my trust fund account for those health care visits.

Inmate Signature: Stanley Corbett, Jr.    Date: 6-1-15

### INMATE: DO NOT WRITE BELOW THIS LINE

TRIAGED DATE_____  TIME_____  TRIAGE BY_____  TITLE_____
                                                    Name

**DISPOSITION:**  ☐ Nurse    ☐ MD/PE    ☐ Dental    ☐ MH    ☐ Other

### SICK CALL APPOINTMENT

ACTION TAKEN (Be specific and include DATE/TIME): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

For additional space use DC-387

_____    _____
Facility Name and Number    Signature/Title

This form is not to be amended, revised, or altered without    **PRINT**
approval of the Medical Records Committee.    Inmate Name _____

File: Outpatient Record, Section VI    Inmate Number _____

CC: Stanley Corbett, Jr.

DC-602 (Revised 10/12)    NCR 1

CC: Stanley Corbett, Jr.

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## SICK CALL APPOINTMENT REQUEST

Stanley Corbett, Jr.        #071602S    Anson Unit    NA2        6-1-15
Inmate Name (please print)        Inmate Number    Dormitory    Duty Assignment    Date

Complete this form and put it in the locked sick call box. The form will be picked up by medical staff and your appointment will be posted as outlined in the medical orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will not be rescheduled. You will have to submit another request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.**

WRITE YOUR MEDICAL REQUESTS IN THIS SPACE (Be specific) I'm still having pain in my left shoulder, in which I need some medication to help the situation & I'm requesting for my physical therapy because I haven't been receiving it. I'm still breaking out with hives all over my body they are painful & itch and bleed when I scratch them. I'm requesting medication to help my condition & I want to see the Dermatologist.

I understand that in accordance with NC Division of Adult Corrections Co-Payment Policy, I will be charged a co-payment for applicable health care appointments. This request authorizes disbursement from my trust fund account for those health care visits.

Inmate Signature: Stanley Corbett, Jr.        Date: 6-1-15

## INMATE: DO NOT WRITE BELOW THIS LINE

TRIAGED DATE_____  TIME_____  TRIAGE BY_____  TITLE _____
                                                          Name

**DISPOSITION:**  ☐ Nurse    ☐ MD/PE    ☐ Dental    ☐ MH    ☐ Other

### SICK CALL APPOINTMENT

ACTION TAKEN (Be specific and include DATE/TIME): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

For additional space use DC-387

_____        _____
Facility Name and Number                        Signature/Title

This form is not to be amended, revised, or altered without        **PRINT**
approval of the Medical Records Committee.                Inmate Name _____

File: Outpatient Record, Section VI                        Inmate Number _____

CC: Stanley Corbett, Jr.        Inmate Unit _____
DC-602 (Revised 10/12)    NCR 1

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## SICK CALL APPOINTMENT REQUEST

Stanley Corbett, Jr.        #0716025    #D-9   Mean Unit              9-1-15
Inmate Name (please print)   Inmate Number   Dormitory   Duty Assignment   Date

Complete this form and put it in the locked sick call box. The form will be picked up by medical staff and your appointment will be posted as outlined in the medical orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will not be rescheduled. You will have to submit another request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.**

WRITE YOUR MEDICAL REQUESTS IN THIS SPACE (Be specific)   I'm still breaking out with hives all over my body, in which I'm having allergic reactions to several things. I'm requesting to see an Allergy Clinic so I can find out everything that I'm allergic to. I'm also requesting for my physical therapy to be renewed because my left shoulder is in pain & keeps getting my stiff.

I understand that in accordance with NC Division of Adult Corrections Co-Payment Policy, I will be charged a co-payment for applicable health care appointments. This request authorizes disbursement from my trust fund account for those health care visits.

Inmate Signature: _Stanley Corbett, Jr._        Date: _9-1-15_

## INMATE: DO NOT WRITE BELOW THIS LINE

TRIAGED DATE_____ TIME_____ TRIAGE BY_____ TITLE_____
                                                         Name

**DISPOSITION:** ☐ Nurse    ☐ MD/PE    ☐ Dental    ☐ MH    ☐ Other

## SICK CALL APPOINTMENT

ACTION TAKEN (Be specific and include DATE/TIME): _____

_____

_____

_____

_____

_____

_____

_____

_____

For additional space use DC-387

_____        _____
Facility Name and Number                    Signature/Title

This form is not to be amended, revised, or altered without approval of the Medical Records Committee.

**PRINT**
Inmate Name _____

File: Outpatient Record, Section VI

Inmate Number _____

DC-602 (Revised 10/12)   NCR 1    Inmate Unit

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### SICK CALL APPOINTMENT REQUEST

Stanley Corbett Jr.  #0716025  Anson Unit Cell # D-9  _____  9-24-15
Inmate Name (please print)  Inmate Number  Dormitory  Duty Assignment  Date

Complete this form and put it in the locked sick call box. The form will be picked up by medical staff and your appointment will be posted as outlined in the medical orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will not be rescheduled. You will have to submit another request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.**

WRITE YOUR MEDICAL REQUESTS IN THIS SPACE (Be specific) *I'm breaking out with hives on my legs & arms in which I'm seeking to see the "Allergy Clinic." My knee / right leg is swollen very big. My face is still breaking out with bumps that are very painful with pus, blood & a brownish (smelly) substance coming out of them. I'm requesting to be tested for MRSA. I'm also re-*

I understand that in accordance with NC Division of Adult Corrections Co-Payment Policy, I will be charged a co-payment for applicable health care appointments. This request authorizes disbursement from my trust fund account for *questing* those health care visits. *to receive a snack bag due to lost of weight, etc.*

Inmate Signature: Stanley Corbett, Jr.  Date: 9-24-15

### INMATE: DO NOT WRITE BELOW THIS LINE

TRIAGED DATE_____ TIME_____ TRIAGE BY_____ TITLE _____
                                                          *Name*

**DISPOSITION:** ☐ Nurse  ☐ MD/PE  ☐ Dental  ☐ MH  ☐ Other

### SICK CALL APPOINTMENT

ACTION TAKEN (Be specific and include DATE/TIME): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

For additional space use DC-387

_____    _____
Facility Name and Number                 Signature/Title

This form is not to be amended, revised, or altered without approval of the Medical Records Committee.

File: Outpatient Record, Section VI

CC: Stanley Corbett Jr. #0716025

**PRINT**
Inmate Name _____

Inmate Number _____

Inmate Unit _____

DC-602 (Revised 10/12)  NCR 1

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### SICK CALL APPOINTMENT REQUEST

Stanley Corbett, Jr.    #07/6025    Anson Unit cell# D-9    _____    12-27-15

Inmate Name (please print)     Inmate Number     Dormitory     Duty Assignment     Date

Complete this form and put it in the locked sick call box. The form will be picked up by medical staff and your appointment will be posted as outlined in the medical orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will not be rescheduled. You will have to submit another request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.**

WRITE YOUR MEDICAL REQUESTS IN THIS SPACE (Be specific) I'm requesting to see the "Allergy Clinic," due to the fact that I'm still breaking out with hives. In which I have big hives on the top & back of my head. I'm also requesting an allergy test for: white & rye bread; butter; peaches; state soap; vegetable oil. I'm also requesting for my physical therapy, because my left shoulder is 'in pain & keeps getting stiff.'

I understand that in accordance with NC Division of Adult Corrections Co-Payment Policy, I will be charged a co-payment for applicable health care appointments. This request authorizes disbursement from my trust fund account for those health care visits.

Inmate Signature: Stanley Corbett, Jr.    Date: 12-27-15

#### INMATE: DO NOT WRITE BELOW THIS LINE

TRIAGED DATE_____ TIME_____ TRIAGE BY_____ TITLE _____
                                                             Name

**DISPOSITION:** ☐ Nurse    ☐ MD/PE    ☐ Dental    ☐ MH    ☐ Other

#### SICK CALL APPOINTMENT

ACTION TAKEN (Be specific and include DATE/TIME): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

For additional space use DC-387

_____     _____
Facility Name and Number                  Signature/Title

This form is not to be amended, revised, or altered without approval of the Medical Records Committee.

File: Outpatient Record, Section VI

**PRINT**
Inmate Name _____

Inmate Number _____

Inmate Unit _____

CC: Stanley Corbett, Jr. #07/6025

DC-602 (Revised 10/12)    NCR 1

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### SICK CALL APPOINTMENT REQUEST

Stanley Corbett, Jr. #0716025 Akron Unit Cell #D-9 _____ 2-24-16

Inmate Name (please print)     Inmate Number     Dormitory     Duty Assignment     Date

Complete this form and put it in the locked sick call box. The form will be picked up by medical staff and your appointment will be posted as outlined in the medical orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will not be rescheduled. You will have to submit another request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.**

WRITE YOUR MEDICAL REQUESTS IN THIS SPACE (Be specific) _I'm still breaking out with hives (lumps) all over my body in which they keep coming & going. I'm requesting to see the Allergy Clinic & that my Benadryl to renewed. My stomach is still in pain & I'm experiencing constipation & I'm requesting X-Rays on my stomach and lactose solution. I'm also requesting to receive a MNT (with a snack bag because I'm under weight, etc._

I understand that in accordance with NC Division of Adult Corrections Co-Payment Policy, I will be charged a co-payment for applicable health care appointments. This request authorizes disbursement from my trust fund account for those health care visits.

Inmate Signature: Stanley Corbett, Jr.     Date: 2-24-16

### INMATE: DO NOT WRITE BELOW THIS LINE

TRIAGED DATE_____     TIME_____     TRIAGE BY_____     TITLE _____
                                                                Name

**DISPOSITION:** ☐ Nurse     ☐ MD/PE     ☐ Dental     ☐ MH     ☐ Other

### SICK CALL APPOINTMENT

ACTION TAKEN (Be specific and include DATE/TIME): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

For additional space use DC-387

_____     _____
Facility Name and Number                        Signature/Title

This form is not to be amended, revised, or altered without     **PRINT**
approval of the Medical Records Committee.     Inmate Name _____

File: Outpatient Record, Section VI     Inmate Number _____

CC: Stanley Corbett, Jr. #0716025     Document 1     Filed 03/06/18     Page 49 of 49

DC-602 (Revised 10/12)     NCR 1     Inmate Unit _____