UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-103-FDW

| | |
|---|---|
| STANLEY CORBETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FRANK PERRY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on periodic review of the record.

The Complaint passed initial review on claims against multiple Defendants including: FNU Hopkins, FNU Rushin, FNU Vascotovan, FNU Patch, and FNU Boss. (Doc. No. 9). The North Carolina Department of Public Safety has provided these Defendants' full names pursuant to its obligation under Local Rule 4.3 as Belquis Hopkins, Lee Alan Rushing, Randy Vanscoten, Susan Patch, and Sally J. Boss. The Clerk of Court will be instructed to substitute these Defendants' full names as parties in the record.

**IT IS ORDERED** that the Clerk of Court is respectfully requested to substitute the names of the following Defendants:

    (1)    **Belquis Hopkins** for "FNU Hopkins."

    (2)    **Lee Alan Rushing** for "FNU Rushin."

    (3)    **Randy Vanscoten** for "FNU Vanscotovan."

    (4)    **Susan Patch** for "FNU Patch."

    (5)    **Sally J. Boss** for "FNU Boss."

1

Signed: October 29, 2018

Frank D. Whitney
Chief United States District Judge