# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:18-cv-103-FDW

| | | |
|---|---|---|
| **STANLEY CORBETT, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | <u>**ORDER**</u> |
| **FRANK PERRY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on a periodic status review of *pro se* Plaintiff's action filed pursuant to 42 U.S.C. § 1983. The Complaint passed initial review on claims against several Defendants including **Randy Vanscoten** and **Susan Patch**. (Doc. No. 9). The North Carolina Department of Public Safety has indicated that these Defendants were contract employees, and not employees of NCPDS, and that their addresses are unavailable. (Doc. No. 14).

The Clerk of Court will be directed to mail summons forms to Plaintiff for Plaintiff to fill out and return for service of process on Defendants Vanscoten and Patch. Once the Court receives the summons forms, the Clerk shall then direct the U.S. Marshal to effectuate service on Defendants. If Plaintiff fails to comply with this Order, this action will be dismissed as to Defendants Vanscoten and Patch without prejudice and without further notice to Plaintiff.

**IT IS, THEREFORE, ORDERED that:**

(1)     Plaintiff **<u>shall have fourteen (14) days from service of this Order</u>** in which to return filled-out summons forms to the Clerk for service of process on Defendants Vanscoten and Patch.

(2)      If Plaintiff fails to comply with this Order, this action will be dismissed as to these Defendants without prejudice and without further notice to Plaintiff.

(3)      The Clerk of Court is directed to mail summons forms to Plaintiff for Plaintiff to fill out and return for service of process on Defendants Vanscoten and Patch. Once the Court receives the summons forms, the Clerk shall then direct the U.S. Marshal to effectuate service on Defendants. The Clerk is respectfully instructed to note on the docket when the forms have been mailed to Plaintiff.

Signed: December 21, 2018

Frank D. Whitney
Chief United States District Judge