UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-103-MOC

| | | |
|---|---|---|
| STANLEY CORBETT, JR., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| FRANK PERTY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on Intervenor Maxim Healthcare Services, Inc.'s, Motion for Appropriate Relief Regarding the Sealed Executed Summonses, (Doc. No. 43).

*Pro se* Plaintiff filed this civil rights suit pursuant to 42 U.S.C § 1983. The Complaint passed initial review on claims against several individuals including Defendants Randy Vanscoten and Susan Patch. (Doc. Nos. 1, 9). Maxim, the former employer of Defendants Vanscoten and Patch, filed a Motion to Intervene for Limited Purposes to protect its interests and on behalf of those Defendants, which was granted. (Doc. Nos. 40, 42). The summonses for Defendants Vanscoten and Patch were filed under seal pursuant to Local Rule 4.3 because the *pro se* Plaintiff is incarcerated. See LCvR 4.3(c), (Doc. Nos. 15, 38, 39). Maxim now seeks permission to view the sealed summonses for Defendants Vanscoten and Patch to determine whether service was defective. (Doc. No. 43).

Maxim's Motion will be granted and the Clerk of Court will be directed to send the sealed summonses for Defendants Vanscoten and Patch, (Doc. Nos. 38, 39), to counsel for Maxim through ECF's email program.

**IT IS THEREFORE ORDERED** that:

1

1. Intervenor Maxim Healthcare Services, Inc.'s, Motion for Appropriate Relief Regarding the Sealed Executed Summonses, (Doc. No. 43), is **GRANTED**.

2. The Clerk of Court is respectfully instructed to send the summonses for Defendants Vanscoten and Patch, (Doc. Nos. 38, 39), to counsel for Maxim through ECF's email program.

Signed: March 1, 2019

Max O. Cogburn Jr
United States District Judge