UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-103-MOC

| | |
|---|---|
| STANLEY CORBETT, JR.,   )<br>                                     )<br>            Plaintiff,         )<br>                                     )<br>vs.                              )<br>                                     )<br>FRANK PERTY, et al.,     )<br>                                     )<br>            Defendants.    )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Defendant Gregory Haynes' Motion Requesting Access to Sealed Summons, (Doc. No. 60).

*Pro se* incarcerated Plaintiff filed this civil rights suit pursuant to 42 U.S.C § 1983. The Complaint passed initial review on claims against several individuals including Defendant Haynes. (Doc. Nos. 1, 9). The executed summons for Defendant Haynes was filed under seal pursuant to this Court's Local Rules because the *pro se* Plaintiff is incarcerated. See LCvR 4.3(c); (Doc. Nos. 15, 24). Counsel for Defendant Haynes now seeks permission to view the sealed summons form to determine whether service was defective. (Doc. No. 60).

The Motion will be granted and the Clerk of Court will be directed to send the sealed summons for Defendant Haynes, (Doc. No. 24), his lawyer through ECF's email program.

**IT IS THEREFORE ORDERED** that:

1. Defendant Gregory Haynes' Motion Requesting Access to Sealed Summons, (Doc. No. 60), is **GRANTED**.

2. The Clerk of Court is respectfully instructed to send the summons for Defendant Haynes, (Doc. No. 24), to counsel for Defendant Haynes through ECF's email

1

program.

Signed: September 16, 2019

Max O. Cogburn Jr
United States District Judge