UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-103-MOC

| | |
|---|---|
| STANLEY CORBETT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FRANK PERRY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant Gregory Haynes, M.D.'s Motion for Reconsideration of Court Order (Doc. No. 103) Granting in Part Defendant Dr. Haynes' Request for Extension of Time to Case Management Plan, (Doc. No. 105).

Defendant Haynes explains that he did not become involved in this case until after the original Case Management Plan was entered. See (Doc. No. 51). A new Case Management Plan was subsequently entered, (Doc. No. 65), and the new deadlines were extended on several occasions. Defendant Haynes filed a Motion, (Doc. No. 100), seeking a six-month extension of time to complete discovery and file dispositive motions, alleging that he had not received Plaintiff's medical records and, as a result, he filed an additional Motion for Protective Order, (Doc. No. 99), which was granted. See (Doc. No. 101) (Consent Protective Order). Counsel for the other Defendants and North Carolina Prisoner Legal Services (NCPLS), which was appointed to assist Plaintiff with discovery, consented to the Motion. (Doc. No. 100 at 3). On October 15, 2020, the Court entered an Order that granted in part and denied in part the Motion for an extension of time. The Court denied the requested six-month extension but granting an extension of the discovery deadline until December 16, 2020 and the deadline to file dispositive motions until

1

January 18, 2021. (Doc. No. 103). The Court noted that no further extensions of time would be granted except on a showing of extraordinary circumstances. (Id.).

Defendant Haynes now seeks reconsideration of the Order and requests that the six-month extension be granted due to the existence of extraordinary circumstances. (Doc. No. 105). Defendant Haynes explains that, on November 9, 2020, counsel received from the North Carolina Department of Public Safety (NCDPS) more than 8,000 pages of discover that comprises only a portion of Plaintiff's prisoner and medical records, and that records for 2010 through 2013 still have not been provided. Defendant Haynes states that the outstanding records are relevant to, among other things, Plaintiff's forthcoming Rule 30 deposition. NCPLS and counsel for the other Defendants do not object to this Motion. (Doc. No. 105 at 5).

The Motion will be granted for good cause shown and based on the extraordinary circumstances present in this case. The discovery deadline will be extended until May 17, 2021, and the dispositive motions deadline will be extended until June 18, 2021. No further extensions will be granted except of a showing of extraordinary circumstances.

**IT IS, THEREFORE, ORDERED** that:

1. Defendant Gregory Haynes, M.D.'s Motion for Reconsideration, (Doc. No. 105), is **GRANTED**.

2. All discovery shall be completed on or before **May 17, 2021** and all dispositive motions will be filed no later than **June 18, 2021**. No further extensions of time will be granted except on a showing of extraordinary circumstances.

Signed: November 30, 2020

Max O. Cogburn Jr
United States District Judge